AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| ACCELERATION BAY LLC, a Delaware Limited Liability Corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> TAKE-TWO INTERACTIVE SOFTWARE, INC., et al. <br><br> *Defendant(s)* | Civil Action No. 16-455-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TAKE-TWO INTERACTIVE SOFTWARE, INC.
C/O REGISTERED AGENT
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PHILIP A. ROVNER, ESQ. (3215)
POTTER ANDERSON & CORROON LLP
P.O. BOX 951, 1313 N. MARKET STREET
WILMINGTON, DE 19899
(302) 984-6000 provner@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 7 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-455-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Take-Two Interactive Software, Inc.
was received by me on *(date)* 06/17/2016 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynanne Gares, Litigation Mgmt. Services Leader, who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company 2711 Centerville Road, Wilmington, DE 19808 at 3:52 p.m. on *(date)* 06/17/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/17/2016

*Server's signature*

Ryan Cousins - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:
Lynanne Gares - Authorized to accept.
Caucasian female, 35 yrs. old, 150 lbs., 5'5" with brown hair.