IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC.<br><br>Defendant. | Civil Action No. 16-453-RGA |
| ACCELERATION BAY LLC,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.<br><br>Defendant. | Civil Action No. 16-454-RGA |
| ACCELERATION BAY LLC,<br><br>Plaintiff,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., ROCKSTAR GAMES, INC., AND 2K SPORTS, INC.<br><br>Defendants. | Civil Action No. 16-455-RGA |

## ORDER

At the pretrial conference on April 20, 2018, I indicated that I would direct the parties to specific summary judgment issues on which I want to hear argument on May 17, 2018.

The parties are directed to focus their arguments on the following issues: (1) whether Kegel and ActiveNet do not invalidate the asserted claims of the '497 patent (D.I. 448 at 14); (2) whether the asserted claims of the '634 patent are indefinite and therefore invalid (D.I. 474 at 32); (3) whether the "computer readable media" claims are invalid as including non-statutory subject matter (*Id.* at 37); (4) whether Activision does not infringe the '344 and '966 patents because Activision does not make, use, or sell the accused networks (CoD, Destiny) (*Id.* at 3); and (5) whether Activision does not infringe the '474 patent because it does not make, use, or sell the accused hardware component (CoD, Destiny) (*Id.* at 6).

Entered this 14 day of May, 2018.

/s/ Richard G. Andrews
United States District Judge