IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-455 (RGA) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, | ) |
| INC., ROCKSTAR GAMES, INC. and | ) |
| 2K SPORTS, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927, and the Court's inherent power, Defendants Take-Two Interactive Software, Inc., Rockstar Games, Inc. and 2K Sports, Inc. (collectively "Defendants") hereby move the Court to declare this case exceptional and order that Acceleration Bay and its principal(s) and national counsel pay Defendants' full attorneys' fees and costs incurred in defending this litigation, totaling about $9 million dollars. The grounds for this motion are set forth in Defendants' opening brief submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:

David P. Enzminger
Michael A. Tomasulo
Gino Cheng
David K. Lin
Joe S. Netikosol
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700

Louis L. Campbell
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA  94065
(650) 858-6500

Dan K. Webb
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Joseph C. Masullo
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000


February 7, 2022

## **7.1.1 CERTIFICATION**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the Plaintiff and that we have not been able to reach agreement.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-455 (RGA) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, | ) |
| INC., ROCKSTAR GAMES, INC. and | ) |
| 2K SPORTS, INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Having considered Defendants' Motion for Attorneys' Fees and Costs and Plaintiff's opposition thereto;

IT IS HEREBY ORDERED this ____ day of _____, 2022, that Defendants' Motion is GRANTED. The Court finds this case exceptional and that Defendants are the prevailing parties in this litigation. The Court further orders Acceleration Bay and its principal(s) and national counsel pay Defendants' full attorneys' fees and costs incurred in defending this litigation. Defendants shall file an accounting of attorneys' fees and costs no later than twenty-one (21) days after the entry of this Order.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 7, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul J. Andre, Esquire<br>Lisa Kobialka, Esquire<br>James R. Hannah, Esquire<br>Hannah Lee, Esquire<br>Yuridia Caire, Esquire<br>Greg Proctor, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Aaron M. Frankel, Esquire<br>Marcus A. Colucci, Esquire<br>Cristina Martinez, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)